**WO**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eugenio Guerrero, | No. CV-08-2093-PHX-DGC |
| Plaintiff, | **ORDER** |
| vs. | |
| Joseph Arpaio, Sheriff, MCSO; and Betty Adams, Director of Correctional Health Services, | |
| Defendants. | |

Plaintiff Eugenio Guerrero commenced this action by filing a civil rights complaint against Maricopa County Sheriff Joe Arpaio and Betty Adams, a county jail official. Plaintiff alleges that he was denied basic necessities and standard medical care while he was incarcerated at the 4th Avenue and Durango Jails. Dkt. #1.

Plaintiff has filed an application to proceed in forma pauperis by a prisoner. Dkt. #3. A review of the Court's docket shows that Plaintiff is no longer incarcerated. If Plaintiff still wishes to proceed in forma pauperis, he shall complete and file with the Court the attached financial affidavit by **January 23, 2009**. Plaintiff is advised that if he does not file the completed financial affidavit or pay the applicable filing fee for civil actions by **January 23, 2009**, this action will be dismissed without prejudice.

**IT IS ORDERED:**

1. Plaintiff's application to proceed in forma pauperis by a prisoner (Dkt. #3) is **denied** as moot.

1  2. If Plaintiff wishes to proceed in forma pauperis, he shall complete and file with
2  the Court the attached financial affidavit by **January 23, 2009**.
3  3. The Clerk is directed to dismiss this action without prejudice if Plaintiff does
4  not file the completed financial affidavit or pay the applicable filing fee by
5  **January 23, 2009**.
6  4. The Clerk is directed to mail a copy of this order to Plaintiff.
7  DATED this 8th day of January, 2009.

David G. Campbell
United States District Judge

- 2 -

```
 1  Name
    Address
 2  City, State, Zip
 3  Telephone number
 4
 5
 6              IN THE UNITED STATES DISTRICT COURT
 7                  FOR THE DISTRICT OF ARIZONA
 8                               )
                                 )
 9                               )
10           Plaintiff,          )
                                 )  CV
11  vs.                          )
                                 )  MOTION TO PROCEED
12                               )  IN FORMA PAUPERIS and
                                 )  SUPPORTING INFORMATION
13           Defendant.          )
                                 )
14  _____  )
15
        I, _____, declare that I am
16
17  the Plaintiff in this action; that I hereby request to proceed

18  without being required to prepay fees, costs or give security

19  therefore.  I state that, because of my poverty, I am unable

20  to pay the fees of said proceeding; that I believe I am

21  entitled to relief.
22
    In further support of this application, I answer the following
23
    questions:
24
25  1.   Are you presently employed?                       Yes   No

26       a.   If the answer is "yes", state the amount of your

27            salary or wages per month and give the name and

28            address of your employer.
```

**ATTACHMENT 6**

b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2.  Is your spouse employed?                                           Yes    No

  a.  If the answer is "yes", state the amount of your spouse's salary or wages per month and give the name and address of your spouse's employer.

  b.  If the answer is "no", state the date of last employment and the amount of the salary and wages per month which your spouse received.

3.  Have you received within the past twelve months any money from any of the following sources?

  a.  Business or other form of self employment    Yes    No
  b.  Rent payments, interest or dividends         Yes    No
  c.  Pensions, annuities or life insurance payments
                                                   Yes    No
  d.  Gifts or inheritances                        Yes    No
  e.  Any other sources                            Yes    No

  If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

```
 1  4.  Do you own any cash, or do you have money in checking or
 2      savings accounts?                                   Yes   No
 3      If the answer is "yes", what is the amount of money you
 4      own in cash _____, checking account _____,
 5
 6      savings account _____.
 7  5.  Do you own any real estate, stocks, bonds, notes,
 8      automobiles, or other valuable property (excluding
 9      household furnishing and clothing)?                 Yes   No
10      If the answer is "yes", describe and give estimated value
11      of each.
12
13  6.  List the number of persons who are dependent upon you for
14      support, state your relationship to those persons, and
15      indicate how much you contribute towards their support.
16      I declare under penalty of perjury that the forgoing is
17  true and correct.
18          DATED this ___ day of _____, 200__.
19
20
21                              _____
                                Your signature in ink
22                              _____
                                Your name typed or printed
23                              _____
24
25                              Address
                                _____
26                              Telephone Number
27
28
```